AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BOARD OF TRUSTEES OF THE INLAND EMPIRE
ELECTRIC WORKERS TRUST, et al.,

        Plaintiffs,

        v.

ELITE ELECTRIC of WASHINGTON II, and SAFECO INSURANCE CO.,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-290-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Motion for Entry of Judgment entered on June 15, 2012, Judgment is hereby entered in favor of Plaintiffs against Defendant Elite Electric of Washington II, Inc. in the amount of $37,661.95, inclusive of attorney fees and costs. The claims against Defendant Safeco Insurance are hereby dismissed with prejudice and without costs.

| | |
|---|---|
| June 15, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |